# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Thomas and Jennifer Wachholtz<br><br>    Plaintiffs,<br><br>  v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services, LLC; Flagstar Bank FSB; Cenlar FSB<br><br>    Defendants. | Case No.: 2:21-cv-01025-bhl<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br>Judge:    Hon. Brett Ludwig |

TO THE HONORABLE JUDGE BRETT LUDWIG:

The parties respectfully notify the Court that Plaintiffs Thomas and Jennifer Wachholtz and Defendant Experian Information Solutions, Inc. ("Experian") have settled all claims between them in this matter. Each party will bear its own attorneys' fees and costs. Plaintiff and Experian will present dismissal documents to the Court as soon as possible and request 60 days to finalize settlement. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

The parties understand the Court issued an order to show cause for Experian to explain why it has not answered. (Doc. 29.) To the extent the Court still wishes Experian to show cause, it will do so on or before February 24, 2022.

Respectfully submitted,

Date: February 18, 2022

/s/ Elliot Gale
Elliot Gale
Gale Angelo Johnson & Pruett, P.C.
*egale@gajplaw.com*
P: 916-290-7778
F: 916-721-2767
*Counsel for Plaintiff Andrew Ivery*

Date: February 18, 2022

/s/ Tanya Salman
Tanya Salman, SBN 1089151
Michael Best & Friedrich LLP
1 S. Pinckney Street, Suite 700
tmsalman@michaelbest.com
P: 608-257-3501
F: 608-283-2275
*Counsel for Defendant Experian Information Solutions, Inc.*